# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **LATASHA C. TENNIAL,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02688-JTF-tmp |
| ) | |
| **REI NATION LLC,** ) | |
| ) | |
| Appellee. ) | |
| ) | |

## ORDER TO SHOW CAUSE

Before the Court is Appellee REI Nation, LLC's Motions to Dismiss Appeal, filed on October 18, 2019. (ECF No. 4.) Appellant Latasha Tennial had until November 15, 2019 to file a response. *See* LR 12.1(b) ("A party opposing a motion to dismiss must file a response within 28 days after the motion is served."). However, no response has been filed. The Court, therefore, enters this Order to Show Cause. Appellant is **ORDERED** to show cause why the Court should not grant Appellee's Motions to Dismiss. Appellant has until the end of business on February 7, 2020 to respond.

**IT IS SO ORDERED** this 27th day of January 2020.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE